**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA - PHOENIX**
**CRIMINAL MINUTES**
**VIOLATION PROCEEDINGS**

  05  /  177  / 1   PHX - MHM                           DATE:  7/19/06
 Year   Case No.   Dft #

HON: MARY H. MURGUIA               Judge # 7027

USA v. Sands,            William
        Last Name        First Name                Middle Initial

DEFENDANT:  X  Present  __ Not Present  __ Released  X  Custody  __ Writ

Deputy Clerk:  Kristen Parris              Crt Rptr/ECR:  Merilyn Sanchez

U.S.Atty:  Joseph Koehler                  Dft Atty:  Craig Orent
                                            X  FPD  __ Appointed  __ Retained

Intrptr:                                   Language:

___ Dft not appearing, on mot of US Atty, order bond revoked/forfeited and B/W issued

  __  **VIOLATION OF PROBATION**         X  **VIOLATION OF SUPERVISED RELEASE**

Evidentiary Hearing - Day 4.

2:47 p.m. Court reconvenes with counsel. THE COURT FINDS that by a perponderence of the evidence that the defendant intentionally and knowingly caused physical injury to Mrs. Sands. Therefore, THE COURT FURTHER FINDS that the defendant did violate a local law and is therefore in violation of the terms and conditions of his supervised release. Mr. Orent renews his oral motion to release the defendant, which motion is DENIED. IT IS ORDERED setting this matter for Disposition hearing on August 14, 2006 at 3:00 p.m. 3:01 p.m. Court adjourns.

Time in Court: ___ hr  13  mins.