UNITED STATES DISTRICT COURT
FOR THE

DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | No. CR 05-00177-001-PHX-MHM |
| ) | |
| SANDS, WILLIAM ) | |
| ) | |

**WAIVER AND ORDER**

Modification of Supervised Release Conditions

I recognize that I have a statutory right under Rule 32.1, Federal Rules of Criminal Procedure, to assistance of counsel (appointed or retained) and a modification hearing in connection with:

☐ any unfavorable modification of my conditions of probation. 18 U.S.C. 3563(c).

☒ any unfavorable modification of my conditions of supervised release. 18 U.S.C. 3583(e).

I hereby voluntarily waive my right to retained and appointed counsel and statutory right to a hearing as indicated above, and agree to the following modification of my conditions:

8. You shall participate in a mental health program as directed by the probation officer which may include taking prescribed medication. You shall contribute to the cost of treatment in an amount to be determined by the probation officer.

ORDER OF COURT

Considered and ordered this 26th day of
January, 2007 and
ordered filed and made a part of the records
in the above case.

Mary H. Murguia
U.S. District Judge

William SANDS
Defendant
12-11-06
Date

R. Brian Colgan
Senior U.S. Probation Officer
12-11-06
Date