1
2
3
4
5
6                       IN THE UNITED STATES DISTRICT COURT

7                           FOR THE DISTRICT OF ARIZONA

8

9   United States of America,              )   CR 05-177-PHX-MHM
                                           )
10                   Plaintiff,            )   **ORDER**
                                           )
11  vs.                                    )
                                           )
12                                         )
    William Sands,                         )
13                                         )
                     Defendant.            )
14                                         )
                                           )
15  _____   )

16          The Court has considered the Defendant's Motion for Early Termination of

17  Supervised release [doc. 95], the Government's response [doc. 96], and the memorandum

18  submitted by the Probation Officer dated December 5, 2008.

19          For the reasons stated in the Probation Officer's memorandum,

20          **IT IS HEREBY ORDERED** denying Defendant Sand's Motion for Early

21  Termination of Supervised Release[95].

22          **IT IS FURTHER ORDERED** directing the Probation Department to disclose

23  to counsel a copy of their memorandum dated December 5, 2008.

24  / / /

25

26

27

28

1    The Court notes that the Probation Officer has advised the Defendant that

2  Probation is willing to make a request for early termination should the Defendant comply

3  with his mental health treatment and continues to comply with his other conditions of

4  supervision.

5    DATED this 18th day of December, 2008.

6

7

8  _____

9  Mary H. Murgula
   United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28